# MEMORANDUM

**To:** Case Administrator
**From:** Alfreda Ludd, Financial Administrator
**Date:** December 24, 2008
**Subject:** USA v Siemens Aktiengesellschaft,  08-367  (RJL)

**FILED**

DEC 3 0 2008

Clerk, U.S. District and Bankruptcy Courts

Please docket the following information on CM/ECF for the case referenced above:

On December 23, 2008 the Finance Office received a payment in the amount of $448,500,800.00 from Siemens,  Receipt no: 09461600032.

Thank you