# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 100REPORTERS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendant,<br><br>    and<br><br>SIEMENS AKTIENGESELLSCHAFT,<br><br>    Proposed Defendant-Intervenor. | Civil Action No. 14-1264 (RC) |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SIEMENS AKTIENGESELLSCHAFT,<br><br>    Defendant. | Criminal Action No. 08-367 (RJL) |
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>SIEMENS AKTIENGESELLSCHAFT,<br><br>    Defendant. | Civil Action No. 08-2167 (RJL) |

## NOTICE OF RELATED CASE

Pursuant to Local Civil Rule 40.5(a)(3) and (b)(3), proposed Defendant-Intervenor Siemens Aktiengesellschaft ("Siemens") hereby notifies the Court that the above captioned case, *100Reporters LLC v. United States Department of Justice*, Civ. No. 14-1264 (RC) (the "FOIA Action"), appears related to both *United States of America v. Siemens Aktiengesellschaft*, Cr. No. 08-367 (RJL) (the "DOJ Action"), and *U.S. Securities and Exchange Commission v. Siemens Aktiengesellschaft*, Civ. No. 08-2167 (RJL) (the "SEC Action"), two related cases before Judge Leon.

In December 2008, Siemens entered into a plea agreement with the United States Department of Justice ("DOJ") in the DOJ Action and a consent decree with the United States Securities and Exchange Commission ("SEC") in the SEC Action to resolve allegations that Siemens committed certain violations of the Foreign Corrupt Practices Act.  (*See* "Plea Agreement," *United States v. Siemens Aktiengesellschaft*, Cr. No. 08-367 (RJL) (D.D.C. Dec. 15, 2008) (Dkt. No. 14); "Judgment," *SEC v. Siemens Aktiengesellschaft*, 1:08-cv-02167 (RJL) (D.D.C. Dec. 12, 2008) (Dkt. No. 4).)  These agreements, and the judgments entered by Judge Leon in the DOJ Action and the SEC Action, required Siemens to engage an independent corporate monitor (the "Monitor"), among other things, to evaluate the effectiveness of Siemens' internal controls and compliance policies, and provide specified confidential and commercially-sensitive information to the DOJ and the SEC.  (*See* "Statement of Offense," Attachment 2, *United States v. Siemens Aktiengesellschaft*, Cr. No. 08-367 (RJL) (D.D.C. Dec. 15, 2008) (Dkt. No. 15) ¶ 1; Judgment ¶ 3).)

On July 24, 2014, 100Reporters LLC ("100Reporters") commenced the FOIA Action pursuant to the Freedom of Information Act, which was randomly assigned to Judge Contreras.

The FOIA Action seeks to compel the Department of Justice to produce the documents it received from the Monitor – namely, the same documents required by the judgments in the DOJ Action and the SEC Action. (*See* Compl., *100Reporters LLC v. United States Department of Justice*, Civ. No. 14-1264 (RC) (D.D.C. July 24, 2014) (Dkt. No. 1).)  Indeed, the complaint in the FOIA Action cites repeatedly to the DOJ Action and relies heavily on documents filed before Judge Leon.  (*Id.* ¶¶ 10-12, 14-17.)

Siemens respectfully submits that the above-referenced actions involve common issues of fact and grow out of the same event or transaction, thereby meeting the definition of related cases under Local Civil Rule 40.5.[1]  *See Owens v. United States Dep't of Justice*, No. 04-1701 (JDB), 2006 U.S. Dist. LEXIS 87145, at *1 (D.D.C. Dec. 1, 2006) (holding that plaintiffs' challenge to denial of FOIA request for documents relating to incident was "related" to their civil action seeking damages arising from the same incident).  The documents at issue in the FOIA Action were created pursuant to the terms of the judgments in the DOJ Action and the SEC Action, which imposed the monitorship, obligated Siemens to share confidential and privileged information with the Monitor, and required the Monitor to report to and to consult with the DOJ and SEC.  (Statement of Offense, Attachment 2 ¶ 1; Judgment ¶ 3.)  Additionally, treating these cases as related will further interests of judicial economy, since, where a FOIA challenge shares factual issues with another action, "there is an interest in judicial efficiency that is advanced by a

---

[1] Judge Leon retains jurisdiction over both the DOJ Action and the SEC Action pursuant to the judgments entered in both cases.  With respect to the SEC Action, the Court's jurisdiction to "enforce[e] the terms of the Final Judgment" is particularly relevant given that those terms include Siemens' obligations to provide all relevant information to the Monitor and the Monitor's requirements to prepare and produce the reports and materials at issue in the FOIA Action.  (Judgment § VII, ¶¶ 2-8.)  *Cf. United States v. Volvo Constr. Equip.*, 922 F. Supp. 2d 67, 68 (D.D.C. 2013) (holding that new action was not "related" to case resolved by settlement 14 years earlier where only commonality was that both cases involve alleged violations of EPA emissions standards); *Keepseagle v. Glickman*, 194 F.R.D. 1, 2 (D.D.C. 2000) (holding that case terminated by consent decree was not "pending" for purposes of Local Civil Rule 40.5 where, among other things, it was on appeal when the second action was filed, and that the second action claiming discrimination against Native Americans was not sufficiently related to consent decree resolving discrimination claims by African-Americans).

judge's familiarity with certain central facts that, at least, spares another judge from having to start at ground zero." *Twist v. Ashcroft*, No. 01-1163 (RMU/JMF), 2002 U.S. Dist. LEXIS 4115, at *5-6 (D.D.C. Mar. 11, 2002).  Counsel for the Monitor, a proposed Defendant-Intervenor, has informed Siemens that the Monitor joins in this Notice.

Dated:   Washington, DC
         October 20, 2014

DAVIS POLK & WARDWELL LLP

By:   /s Raul F. Yanes
      Raul F. Yanes

Raul F. Yanes (D.C. Bar No. 990221)
901 15th Street, N.W.
Washington, DC  20005
Telephone: (202) 962-7000
E-mail: raul.yanes@davispolk.com

Paul Spagnoletti
Michael Scheinkman
450 Lexington Avenue
New York, NY  10017
Telephone: (212) 450-4000
E-mail: paul.spagnoletti@davispolk.com
E-mail: michael.scheinkman@davispolk.com

*Attorneys for Proposed Defendant-Intervenor Siemens Aktiengesellschaft*